**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF AUBURN, JOSHUA EAGAN, MATTHEW NICHOLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON EDWARD DYER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AUBURN, JOSHUA EAGAN, AND MATTHEW NICHOLS,<br><br>Defendants.<br>_____ / | CASE NO. 2:21-cv-02182-JAM-JDP<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSIVE PLEADING TO COMPLAINT (LOCAL RULE 144; Fed. R. Civ. P. 6)** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Eastern District Local Rule 144, and Federal Rule of Civil Procedure 6, Plaintiff Dalton Edward Dyer, by and through his undersigned counsel of record, hereby stipulates that Defendants City of Auburn, Joshua Eagan, and Matthew Nichols (collectively "Defendants") shall and hereby do have an additional twenty-eight (28) days to respond to Plaintiff's Complaint.

Pursuant to this stipulated agreement, Defendants shall and do now have until January 31, 2022 to file a responsive pleading to the Complaint.

So Stipulated.

///

///

///

{02577651.DOCX}                                                1
**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING TO COMPLAINT**

| | |
|---|---|
| Dated: January 3, 2022 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By: /s/ John R. Whitefleet<br>　　　JOHN R. WHITEFLEET<br>　　　Attorney for Defendants<br>　　　CITY OF AUBURN; JOSHUA<br>　　　EAGAN; and MATTHEW NICHOLS |
| Dated: January 3, 2022 | RILEY SAFER HOLMES & CANCILA LLP<br><br>By:  /s/ Meghan R. McMeel (authorized on 12/28/21<br>　　　MEGHAN R. MCMEEL<br>　　　Attorney for Plaintiff<br>　　　DALTON EDWARD DYER |

# ORDER

Pursuant to the parties' stipulation the deadline for Defendants to file a responsive pleading to the Complaint is HEREBY EXTENDED from January 3, 2022 to January 31, 2022.

IT IS SO ORDERED.

Dated:  January 3, 2022                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE