1  RILEY SAFER HOLMES & CANCILA LLP
   JEFFREY R. WILLIAMS (CSB No. 084156)
2  jwilliams@rshc-law.com
   NICK SHERMAN (CSB No. 333151)
3  nsherman@rshc-law.com
   456 Montgomery Street, 16th Floor
4  San Francisco, CA  94104
   Telephone: (415) 275-8550
5  Facsimile: (415) 275-8551
   Attorneys for Plaintiff
6  DALTON DYER

7  **Counsel for Remaining Parties**
   **Listed on Signature Page**
8

9              UNITED STATES DISTRICT COURT FOR

10              THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  DALTON DYER, | Case No. 2:21-cv-02182-JAM-JDP |
| 13          Plaintiff, | **STIPULATION & ORDER** |
| 14      vs. | Date:          TBD<br>Time:          TBD |
| 15  CITY OF AUBURN, JOHN RUFFCORN,<br>16  JOSHUA EAGAN, and MATTHEW<br>    NICHOLS, | Location:  Robert T. Matsui United States<br>Courthouse, Courtroom 6, 14th Floor, 501 I<br>Street, Sacramento, CA  95814 |
| 17          Defendants | |
| 18 | |

19  Plaintiff, Dalton Dyer, and Defendants hereby stipulate as follows:

20          Due to the recent unanticipated withdrawal of counsel for Plaintiff, the parties have

21  stipulated, provided the Court grants its consent, to continue the deadline to file a second

22  amended complaint by fourteen (14) days, to and until July 26, 2022.  As required by Local Rule

23  144, the parties have not obtained or sought any previous extensions in this matter. Accordingly,

24  this brief continuance will allow newly associated counsel from Riley Safer Holmes & Cancila

25  LLP to determine what amendments to the complaint will need to be filed in light of the Court's

26  order of June 22, 2022.

27  ///

28  ///

-1-

1   DATED:  July 11, 2022                          Respectfully submitted,

2                                                  RILEY SAFER HOLMES & CANCILA LLP

3
                                                   By: /s/ *Jeffrey R. Williams*_____
4                                                      JEFFREY R. WILIAMS
                                                       Attorney for Plaintiff
5                                                      DALTON DYER

6

7

8   DATED:  July 11, 2022                          PORTER SCOTT
                                                   A PROFESSIONAL CORPORATION
9
                                                   By: */s/ John R. Whitefleet*_____
10                                                     JOHN R. WHITEFLEET
                                                       Attorneys for Defendants.
11

12

13

14

15

16

17

18

19                                    **ORDER**

20       The above STIPULATION and ORDER is approved and the Plaintiff shall have an

21   additional fourteen (14) days, to and until July 26, 2022, to file his second amended complaint.

22

23       IT IS SO ORDERED.

24

25   Dated:  July 11, 2022              /s/ John A. Mendez
                                        _____
26                                      THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT COURT JUDGE
27

28

STIPULATION & ORDER