**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF AUBURN, JOHN RUFFCORN, JOSHUA EAGAN, MATTHEW NICHOLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON EDWARD DYER, | CASE NO. 2:21-cv-02182-JAM-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT (LOCAL RULE 144; Fed. R. Civ. P. 6)** |
| v. | |
| CITY OF AUBURN, JOHN RUFFCORN, JOSHUA EAGAN, AND MATTHEW NICHOLS, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Eastern District Local Rule 144, and Federal Rule of Civil Procedure 6, Plaintiff Dalton Edward Dyer, by and through his undersigned counsel of record, hereby stipulates that Defendants City of Auburn, John Ruffcorn, Joshua Eagan, and Matthew Nichols (collectively "Defendants") shall and hereby do have an additional sixteen (16) days to respond to Plaintiff's Second Amended Complaint.  Good cause exists for the extension.  Following the filing of the Second Amended Complaint, the parties have engaged in meet and confer in an effort to avoid further motion practice and need additional time to allow the parties to do so.

Pursuant to this stipulated agreement, Defendants shall and do now have until August 31, 2022 to file a responsive pleading to the Second Amended Complaint.

{02772605.DOCX} 1

**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT**

So Stipulated.

Dated: August 9, 2022          PORTER SCOTT
                               A PROFESSIONAL CORPORATION


                               By: /s/ John R. Whitefleet
                                   John R. Whitefleet
                                   Attorney for Defendants
                                   CITY OF AUBURN; JOHN
                                   RUFFCORN; JOSHUA EAGAN; and
                                   MATTHEW NICHOLS

Dated: August 9, 2022          RILEY SAFER HOLMES & CANCILA LLP


                               By:  /s/ Nick Sherman (auth'd on 08-09-22)
                                   Nick Sherman
                                   Attorneys for Plaintiff
                                   DALTON EDWARD DYER

**ORDER**

Pursuant to the parties' stipulation the deadline for Defendants to file a responsive pleading to the Second Amended Complaint is HEREBY EXTENDED to August 31, 2022.

IT IS SO ORDERED.


Dated: August 9, 2022          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE

{02772605.DOCX}                        2
**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT**