RILEY SAFER HOLMES & CANCILA LLP
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
JOHN K. THEIS (*Pro Hac Vice*)
jtheis@rshc-law.com
RACHEL S. CHRISTENSON (CSB No. 340898)
rchristenson@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:   (415) 275-8550
Facsimile:   (415) 275-8551

Attorneys for Plaintiff
DALTON EDWARD DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON EDWARD DYER,<br><br>             Plaintiff,<br><br>       v.<br><br>CITY OF AUBURN, JOSHUA EAGAN, and MATTHEW NICHOLS,<br><br>             Defendants. | Case No. 2:21-cv-02182-JAM-JDP<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION TO EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT/ADJUDICATION**<br><br>SAC Filed:      July 26, 2022<br>Judge:          Hon. John A. Mendez<br>Trial Date:     July 29, 2024 |

Having read the unopposed *ex parte* application, memorandum of points and authorities, declaration of John K. Theis, and good cause existing therefore, the Court finds it in the interests of justice to extend Plaintiff's Opposition to Defendants' Motion for Summary Judgment/Adjudication.

**IT IS SO ORDERED:**

1.   Plaintiff's deadline to file and serve his Opposition to Defendants' Motion for Summary Judgment/Adjudication is **EXTENDED** by seven days from March 15, 2024, to **March 22, 2024**;

/ / /

2. Defendants' deadline to file and serve their Reply Brief is **EXTENDED** by seven days to **April 08, 2024**.

Dated: : March 13, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE