RILEY SAFER HOLMES & CANCILA LLP
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
JOHN K. THEIS (Pro Hac Vice)
jtheis@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551

Attorneys for Plaintiff
DALTON DYER

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON EDWARD DYER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF AUBURN, JOSHUA EAGAN, and MATTHEW NICHOLS,<br><br>Defendants | Case No. 2:21-cv-02182-JAM-JDP<br><br>**STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATES (ECF 59)** |

### STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATES

1. Dalton Dyer ("Plaintiff") and the City of Auburn, Joshua Eagan, and Matthew Nichols ("Defendants"), (Plaintiff and Defendants, collectively, the "Parties") hereby move the Court for an order continuing the trial dates in this case.

2. The Parties request that the Court vacate the trial dates entered on September 19, 2022. (ECF No. 34.)

3. The Parties request that the Court enter an Order continuing the trial dates as follows: Final Pretrial Conference 9/13/2024 at 10:00 AM and Jury Trial 10/28/2024 at 9:00 AM.

1      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4      DATED: May 21, 2024      Respectfully submitted,

RILEY SAFER HOLMES & CANCILA LLP

By: */s/ Jeffrey R. Williams*
    JEFFREY R. WILLIAMS
    JOHN K. THEIS (*pro hac vice*)
    Attorneys for Plaintiff
    DALTON DYER

12      DATED: May 21, 2024      PORTER SCOTT
    A PROFESSIONAL CORPORATION

By: */s/ John R. Whitefleet*
    JOHN R. WHITEFLEET
    Attorney for Defendants

## ORDER RESETTING FINAL PRETRIAL CONFERENCE AND TRIAL DATES

Based on the stipulation of the parties, the Court hereby **VACATES** the 06/14/2024 final pretrial conference and the 07/29/2024 trial.

The final pretrial conference is **RESET** for **09/13/2024, at 10:00 AM**, and the jury trial is **RESET** for **10/28/2024, at 9:00 AM**.

All other instructions contained in the September 19, 2022 Pretrial Scheduling Order (ECF No. 34) shall remain in effect.

IT IS SO ORDERED.

Dated: May 21, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE