RILEY SAFER HOLMES & CANCILA LLP
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
JOHN K. THEIS (*Pro Hac Vice*)
jtheis@rshc-law.com
RACHEL S. CHRISTENSON (CSB No. 340898)
rchristenson@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:   (415) 275-8550
Facsimile:    (415) 275-8551

Attorneys for Plaintiff
DALTON EDWARD DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON EDWARD DYER,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF AUBURN, JOSHUA EAGAN, and MATTHEW NICHOLS,<br><br>             Defendants. | Case No.  2:21-cv-02182-JAM-JDP<br><br>**JOINT STIPULATION FOR EXTENSION; DECLARATION OF JOHN K. TEHIS; AND ORDER** |

**JOINT STIPULATION FOR EXTENSION**

Plaintiff Dalton Edward Dyer ("Plaintiff") and Defendants City of Auburn, Joshua Eagan, and Matthew Nichols ("Defendants") (collectively "the Parties") hereby stipulate as follows:

WHEREAS, pursuant to the Parties settling in principle at the Settlement Conference, the Court ordered the Parties to file Dismissal Documents by December 2, 2024 (ECF 74);

WHEREAS, the Parties have agreed to the terms of a Release Agreement, but the settlement funds have not yet been sent to Plaintiff's counsel;

WHEREAS, the Parties intend to file the stipulation of dismissal as soon as Plaintiff is in receipt of the settlement funds.

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate as follows:

(1) The deadline for the parties to file a stipulation of dismissal is extended until December 20, 2024.

**IT IS SO STIPULATED.**

Dated: December 2, 2024          /s/ _John K. Theis_____
                                      Counsel for Plaintiff

Dated: December 2, 2024          /s/ _John Whitefleet_____
                                      Counsel for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 3, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**DECLARATION OF JOHN K. THEIS**

I, John K. Theis, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner at the law firm Riley Safer Holmes & Cancila LLP, and I am an attorney of record for Plaintiff Dalton Edward Dyer.

2. The Parties' Joint Stipulation requests an order extending the deadline for the Parties to file Dismissal Documents.

3. Good cause exists for this extension for the following reasons:

    a. The Parties have agreed to the terms of the Release Agreement;

    b. The settlement funds have yet been received by Plaintiff's counsel; and

    c. The Parties intend to file the Dismissal Documents as soon as Plaintiff is in receipt of the settlement funds.

4. In light of the parties near complete settlement, good cause exists for extending the deadline to file a stipulation of dismissal.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated: December 2, 2024

By: /s/ *John K. Theis*
Jeffrey R. Williams
John K. Theis
Rachel S. Christenson
Riley Safer Holmes & Cancila LLP

*Attorneys for Plaintiff*
DALTON EDWARD DYER